# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD | CASE NO. 5:19−cv−01573−DSF−SHK |
|---|---|
| Plaintiff(s), | |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| RENE A TOBAR, et al. | |
| Defendant(s). | |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before . Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 26, 2019          /s/ *Dale S. Fischer*
                                                       Dale S. Fischer
                                                       United States District Judge