# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, <br> Plaintiff, <br><br> v. <br><br> RENE A. TOBAR, et al., <br> Defendants. | CV 19-1573 DSF (SHKx) <br><br> Judgment |

The Court having granted Plaintiff James Rutherford's Application for Default Judgment against Defendants Rene Tobar and Jet Plaza, LLC,

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages, $3,318.50 in attorneys' fees, and $538 in costs, for a total amount of $7,856.50.

Additionally, Defendants are ordered to provide accessible paths of travel and compliant curb ramps into the Yum Yum Donuts store located at 5836 W. Manchester Ave, Los Angeles, CA 90045, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: February 11, 2020

Dale S. Fischer
United States District Judge