DAVID J. MILLER
ASSET LAW GROUP, P.C.
Bar No. 152940
13681 Newport Ave., Suite 8-388
Tustin, CA 92780
Phone Number: (714) 604-4680
Email: DMiller@AssetLawGroupPC.com
Attorney for Assignee, Asset Liquidation Group

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD<br><br>    Plaintiff(s),<br><br>vs.<br><br>RENE A. TOBAR, et al.<br><br>    Defendant(s). | Case No.: CV 19-1573 DSF (SHKx)<br><br>**ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT [CCP §§673 AND 681.020; CC §954.5]**<br><br>**DATE ACTION FILED: 08/21/2019** |

1. A judgment was entered in this action in favor of James Rutherford and against Rene Tobar and Jet Plaza, LLC, on 02/11/2020 in the amount of $7,856.50.

2. The name and address of the judgment creditor is: James Rutherford, 20062 SW Birch Street, Suite 200, Newport Beach, CA 92660.

3. The name and last known address of the judgment debtor is: Rene Tobar and Jet Plaza, LLC, 5836 W. Manchester Ave., Los Angeles, CA 90045.

- 1 -

4. The judgment creditor acknowledges that it assigned its right, title and interest in the judgment consisting of the unpaid judgment amount of $7,856.50, plus accrued statutory interest to Asset Liquidation Group, 360 E. First Street Suite 741 Tustin, CA 92780.

DATED:

_____
Joseph R. Manning, Jr.
(Bar #223381)
MANNING LAW APC

**Notary Public Acknowledgment**

**State of:**          **County of:**          SEAL

I hereby certify that _____ (Name) appears before me on this _____ day of _____, 2022 and signed this form in my presence.

_____          _____
Notary Public Signature                              My Commission Expires

- 2 -

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____)

On __June 24th 2022__ before me, __R Garcia Notary Public__
(insert name and title of the officer)

personally appeared __Joseph R. Manning Jr__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)



R. GARCIA
COMM. #2251826
Notary Public - California
Orange County
My Comm. Expires July 30, 2022